Opinion issued September 10, 2009









In The

Court of Appeals

For The

First District of Texas


______________


NO. 01-09-00449-CV

____________


HOWARD J. STERN, SUCCESSOR TRUSTEE OF THE TERESA E.
KRAFT 1998 INVESTMENT TRUST, Appellant


V.


MISHEL, NFN, Appellee






On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2008-58738






MEMORANDUM OPINION

 Appellant filed a motion to dismiss its appeal on July 24, 2009. More than 10
days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.